Charles Blum, Plantiff in Error, vs. Washington Van Hamm and Mary W. Van Hamm, his wife, Defendants in Error.

Writ of Error to Circuit Court Duval county.

*J. M. Barrs*, for Plaintiff in Error.

*W. B. Young,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on motion of counsel for defendants in error.